FORM VAN–093
REVISED 03/25/2011

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:18–bk–01984–MCW

RYAN JOSEPH PORTER
24391 S 201ST PLACE
QUEEN CREEK, AZ 85142
**SSAN:** xxx–xx–6470
**EIN:**

Chapter: 11

LESLEY MARIE PORTER
24391 S 201ST PLACE
QUEEN CREEK, AZ 85142
**SSAN:** xxx–xx–5855
**EIN:**

Debtor(s)

## ORDER REINSTATING CASE

The above−captioned Debtor(s) having filed a motion to reinstate this case pursuant to Bankruptcy Rule 9024; the case having been dismissed because required documents were not filed, filing fees were not paid, or due to administrative error. As Debtor(s) have now cured the deficiencies,

IT IS ORDERED that this case is reinstated.

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** April 3, 2018

BY THE COURT

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number:  (602) 682–4000
www.azb.uscourts.gov

HONORABLE Madeleine C. Wanslee
United States Bankruptcy Judge