Barbara B. Maroney, Esq. #010995
LAW OFFICE OF BARBARA MARONEY, P.C.
29834 N. CAVE CREEK RD. #118/336
CAVE CREEK, AZ 85331
(602) 971-4440 TEL
(866) 357-7126 FAX
BBM@maroneylawfirm.com

Attorney for Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

In re:

RYAN AND LESLEY PORTER, Debtors and Debtors in Possession,

    Debtors.

THUNDERROAD FINANCIAL, LLC.,

    Movant,

vs.

RYAN AND LESLEY PORTER, Debtors and Debtors in Possession,

    Respondents.

Case No.: 2-18-01984 MCW

Chapter 11 proceedings

STIPULATION FOR RELIEF FROM STAY AS TO 2017 CANAM ATV

THUNDERROAD FINANCIAL, LLC.(hereinafter "Movant"), and the Debtors Ryan and Lesley Porter ("Debtors" or "Porters") by and through their respective counsel undersigned, hereby stipulate for relief from the automatic stay of 11 U.S.C.362 on the following terms and conditions.

I.     RECITALS

    1.     RYAN AND LESLEY PORTER ("Debtors") filed for relief under Title 11, Chapter 11, United States Code on March 2, 2018.

    2.     On DECEMBER 1, 2016, Debtors executed a Purchase Money Security Agreement ("Agreement") for the purchase of the following vehicle:

C:\Users\Click\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\H43V8H24\y001.bbm.docx

Case 2:18-bk-01984-MCW    Doc 42    Filed 04/04/18    Entered 04/04/18 09:20:11    Desc
Main Document    Page 1 of 7

2017 CANAM ATV
VIN 3JBUCAP49HK001002

(hereinafter the "Vehicle") A true and correct copy of the Agreement and the certificate of title evidencing the lien is attached hereto as **Exhibit A**.

    3. Movant holds a valid and perfected first priority lien on the Vehicle.

    4. Debtors do not intend to retain possession of the Vehicle and have agreed to voluntarily relinquish possession of the Vehicle to Movant or its agent. The Vehicle is for recreational use and is not necessary for the Debtor's effective reorganization. Further, there is no equity in the Vehicle over and above the amount of Movant's secured claim.

II. **STIPULATION**

    A. The above Recitals are hereby incorporated by reference herein.

    B. The automatic stay of 11 U.S.C. 362 is hereby immediately terminated as to the Vehicle and Movant's rights to recover possession of and sell the Vehicle pursuant to the terms of the Agreement.

    C. Debtors agree to immediately or have already relinquished possession of the Vehicle.

    D. Nothing contained herein shall be deemed a waiver of any of Movants other rights under the Bankruptcy Code.

DATED: April 3, 2018

KAHN & AHART, PLLC.

BY: _____
    JAMES KAHN, ESQ.
    ATTORNEY FOR DEBTORS

///

y001.bbm.docx-2-

Case 2:18-bk-01984-MCW    Doc 42    Filed 04/04/18    Entered 04/04/18 09:20:11    Desc
Main Document    Page 2 of 7

LAW OFFICE OF BARBARA MARONEY, P.C.

BY ___/s/ *Barbara Maroney*___
Barbara Maroney, Esq.
Attorney for MOVANT

COPY of the foregoing mailed on
April 3, 2018, to:

RYAN AND LESLEY PORTER
24391 S 201ST PLACE
QUEEN CREEK, AZ 85142
Debtors

JAMES KAHN, ESQ.
301 EAST BETHANY HOME RD. STE. C-195
PHOENIX, AZ 85012
Attorney For Debtors

___/s/ B. Maroney___

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

Dealer Number _____ Contract Number _____

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ███████████ 24391 S 201ST PLACE QUEEN CREEK AZ 85142 | PORTER, ██████ 24391 S 201ST PLACE QUEEN CREEK AZ 85142 | RIDENOW POWERSPORTS CHANDLER 2677 E WILLIS RD CHANDLER, AZ 85286 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ☒ Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $5,000.00 |
|---|---|---|---|---|
| 13.49% | $10437.95 | $█████ | $29394.96 | $34,394.96 |

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | $███.██ | Monthly beginning ███████████ |

Or As Follows: _____

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED
1. Cash Price
   - A Cash Price of Motor Vehicle (including accessories, services) . . . $19,499.00
   - B Sales Tax . . . $1,215.68
   - C Prior Credit or Lease Balance paid to _____ . . . $0.00
   - D Other DOC FEE . . . $399.95
   - E Other FREIGHT & HANDLING . . . $1,585.63
   - F Other _____ . . . $0.00
   - G Other _____ . . . $0.00
   - H Other _____ . . . $0.00
   - Total Cash Price (A through H) . . . $22,700.26
2. Total Downpayment =
   - Trade-in 2014 YAMAHA YFZ730D
   - Gross Trade-In Allowance . . . $5000.00
   - Less Pay Off Made By Seller . . . $0.00
   - Equals Net Trade In . . . $5000.00
   - + Cash . . . $0.00
   - + Other CUSTOMER REBATE . . . $0.00
   - (If total downpayment is negative, enter "0" and see prior credit or lease balance, item 1C, above) $ $5,000.00
3. Unpaid Balance of Cash Price (1 minus 2) . . . $17,700.26
4. Other Charges Including Amounts Paid to Others on Your Behalf

### Insurance
You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.
If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:
**Optional Credit Insurance**
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### Other Optional Insurance
☐ ____N/A____ ____N/A____
  Type of Insurance     Term
Premium $ N/A
Insurance Company Name _____
  N/A
Home Office Address _____
  N/A

☐ _____ _____
  Type of Insurance     Term
Premium $ N/A
Insurance Company Name _____ N/A
Home Office Address _____ N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

Or As Follows:

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you will not have to pay a penalty.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**ITEMIZATION OF AMOUNT FINANCED**

1. Cash Price
   - A  Cash Price of Motor Vehicle (including accessories, services)   $  $19,499.00
   - B  Sales Tax   $  $1,215.60
   - C  Prior Credit or Lease Balance paid to
     _____   $  $0.00
   - D  Other  DOC FEE   $  $299.95
   - E  Other  FREIGHT & HANDLING   $  $1,585.89
   - F  Other _____   $  $0.00
   - G  Other _____   $  $0.00
   - H  Other _____   $  $0.00
   - Total Cash Price (A through H)   $  $22,700.2(6)

2. Total Downpayment =
   - Trade-In  2014 YAMAHA  YFM700D
     (Year)  (Make)  (Model)
   - Gross Trade-In Allowance   $  $5000.00
   - Less Pay Off Made By Seller   $  $0.00
   - Equals Net Trade In   $  $5000.00
   - + Cash   $  $0.00
   - + Other  CUSTOMER REBATE   $  $0.00
   - (If total downpayment is negative, enter "0" and see prior credit or lease balance, Item 1C, above)  $  $5,000.0(2)

3. Unpaid Balance of Cash Price (1 minus 2)   $  $17,700.2(6)

4. Other Charges Including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   - A  Cost of Optional Credit Insurance Paid to the Insurance Company or Companies.
     - Life   $  $0.00
     - Disability   $  $0.00   $  $0.00
   - B  Other Optional Insurance Paid to Insurance Company or Companies   $  $0.00
   - C  Optional Gap Contract   $  $0.00
   - D  Official Fees Paid to Government Agencies  WASTE TIRE FEE   $  $0.00
   - E  Government Taxes Not Included in Cash Price   $  $0.00
   - F  Government License and/or Registration Fees
     (Identify)  REGISTRATION FEES   $  $37.75
   - G  Government Certificate of Title Fees   $  $0.00
   - H  Other Charges (Seller must identify who is paid and describe purpose)
     - to  NA  for  PMA   $  $0.00
     - to  RPMONE  for  EXTENDED WARRANTY  $  $1,219.00
     - to  NA  for  THEFT   $  $0.00
     - to  NA  for  TIRE   $  $0.00
     - to  NA  for  GPS TRACKING   $  $0.00
     - to  RPMONE  for  SIMONIZ   $  $0.00
     - to _____ for _____   $  $0.00
     - to _____ for _____   $  $0.00
     - to _____ for _____   $  $0.00
     - to _____ for _____   $  $0.00
   - Total Other Charges and Amounts Paid to Others on Your Behalf   $  $1,256.74

5. Amount Financed (3 + 4)   $  $18,957.(5)

If the "Amount Financed" exceeds $54,600 or if the motor vehicle is primarily for commercial use, the "Amount Financed" is also the "Final Cash Price Balance" and the "Total of Payments" is also the "Time Balance".

OPTION: ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____

---

Insurance Company Name _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

**Other Optional Insurance**

☐ _____ N/A _____  _____ N/A _____
   Type of Insurance  Term
Premium $ _____ N/A _____
Insurance Company Name _____ N/A _____
Home Office Address _____ N/A _____

☐ _____
   Type of Insurance  Term
Premium $ _____ N/A _____
Insurance Company Name _____ N/A _____
Home Office Address _____ N/A _____

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X _____
Buyer Signature   Date

X _____
Co-Buyer Signature   Date

Returned Check Charge: You agree to pay a charge of $25.00, plus actual charges assessed by a financial institution, if any check you give us is dishonored.

OPTIONAL GAP CONTRACT. A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4C of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ 0 _____  Mos.
_____ NA _____
Name of Gap Contract
I want to buy a gap contract.
Buyer Signs X _____

Year _____  SELLERS INITIALS

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 5, is paid in full on or before _____, Year _____. SELLERS INITIALS _____

**FOR USED VEHICLES ONLY**

The Seller hereby warrants that this vehicle will be fit for the ordinary purposes for which the vehicle is used for 15 days or 500 miles after delivery, whichever is earlier, except with regard to particular defects disclosed on the first page of this agreement. You (the purchaser) will have to pay up to $25.00 for each of the first two repairs if the warranty is violated.

ATTENTION PURCHASER: SIGN HERE ONLY IF THE DEALER TOLD YOU THAT THIS VEHICLE HAS THE FOLLOWING PROBLEM(S) AND THAT YOU AGREE TO BUY THE VEHICLE ON THOSE TERMS:

ATENCIÓN COMPRADOR: FIRME AQUÍ SOLAMENTE SI EL VENDEDOR LE HA DICHO QUE EL VEHÍCULO TIENE EL/LOS SIGUIENTE(S) PROBLEMA(S) Y QUE USTED ESTÁ DE ACUERDO EN COMPRAR EL VEHÍCULO BAJO ESTOS TÉRMINOS:

1. _____ 2. _____ 3. _____

X _____   X _____
Buyer Signs           (Date)              Co-Buyer Signs          (Date)

**WARRANTIES**

Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, except as described above for used vehicles. Making no warranties means that the Seller is selling the vehicle as is – not expressly warranted or guaranteed and without any implied warranties of merchantability (except as described above) or of fitness for a particular purpose.

This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

☐ IF THE BOX IS CHECKED, THIS CONTRACT IS SUBJECT TO A BROKER FEE PAID BY THE SELLER TO _____

**NO COOLING OFF PERIOD**

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

You acknowledge an express intent to grant a security interest in the vehicle and hereby waive and abandon all personal property exemptions granted upon the vehicle, which is the subject of this contract. NOTICE: BY GIVING US A SECURITY INTEREST IN THE VEHICLE, YOU WAIVE ALL RIGHTS PROVIDED BY LAW TO CLAIM SUCH PROPERTY EXEMPT FROM PROCESS.

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.   Buyer Signs X _____   Co-Buyer Signs X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

NOTICE TO THE BUYER: (1) Do not sign this contract before you read it or if it contains any blank spaces. (2) You are entitled to an exact copy of the contract you sign.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

| You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it. | ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE LIABILITY COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS. | The Arizona Department of Financial Institutions regulates the Seller and can be contacted at 2910 North 44th Street, Suite 310, Phoenix, Arizona 85018, (602) 255-4421, if you have any complaints concerning this contract. |

X _____  12/1/2016        RIDENOW POWERSPORTS CHANDLER    12/1/2016
Buyer Signs          Date              Seller Signs                    Date
X _____  12/1/2016        By X _____         XXX  MGR
Co-Buyer Signs       Date                                              Title

**SEE BACK FOR OTHER IMPORTANT TERMS AND AGREEMENTS.**

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X _____  Date _____  Address _____

Seller assigns its interest in this contract to   THUNDERROAD FINANCIAL, LLC AND ASSIGNS   (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse                    ☐ Assigned without recourse  XX                    ☐ Assigned with limited recourse

Seller  RIDENOW POWERSPORTS CHANDLER       By _____       Title  BUSINESS MANAGER

LAW FORM NO. 553-AZ (REV. 1/15) U.S. PATENT D485,782
©2015 The Reynolds and Reynolds Company TO ORDER www.reysource.com; 1-800-344-0996; fax 1-800-531-0054
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 3JBUCAP49HK001002 | 2017 | CANA | | ATV | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | 0U31016354103 | 0 | AZ | 12-19-2016 |

**Full Name of Owner(s)**
RYAN JOSEPH PORTER
LESLEY MARIE PORTER
24391 S 201ST PL
QUEEN CREEK, AZ 851425421

**Vehicle Brand(s)**

**Liens(s)**
THUNDERROAD FINANCIAL LLC
PO BOX 19849
RENO, NV 89511

Lien Date: 12-01-2016
ELT Number: 464598399
LTN: LTN161220-5

**Odometer Brand(s)**

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: 08HUG1Y9AW   **THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of Decision Dynamics, Inc.

