James F. Kahn - 003063
Krystal M. Ahart - 029358
**KAHN & AHART, PLLC**
**BANKRUPTCY LEGAL CENTER™**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
Email:  James.Kahn@azbk.biz
Email:  Krystal.Ahart@azbk.biz
Attorneys for Ryan and Lesley Porter,
    Debtors and Debtors-In-Possession

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>RYAN JOSEPH PORTER and<br>LESLEY MARIE PORTER,<br><br>Debtors and<br>Debtors-in-Possession. | In Proceedings Under Chapter 11<br><br>Case No.: 2:18-bk-01984-MCW<br><br>**DEBTORS' APPLICATION TO EMPLOY SPECIAL COUNSEL** |

Pursuant to 11 U.S.C. § 327 through § 331 and Bankruptcy Rule 2016, Ryan and Lesley Porter, ("We" or "Debtors") hereby submit this Application to Employ David W. Williams, Davis Miles McGuire Gardner, PLLC, (the "Firm"), as special counsel to provide litigation defense of pending Berkshire Life Insurance Company of America lawsuit. In support of this Application, Debtors state:

1. Debtors their Voluntary Petition under Chapter 11 of U.S. Bankruptcy Code on March 2, 2018.

2. Debtors have continued in possession of their property as Debtors-In-Possession and are now, and desire to continue, operating their business and managing their property and financial affairs.

3. Debtors have selected Mr. Williams & the Firm to serve as special litigation counsel for a lawsuit filed in the District Court related to a disability

insurance policy, as Mr. Williams has considerable experience in matters of this character.

4. The terms of employment are as stated in the Firm's engagement letter, a copy of which is attached as Exhibit "A."

5. The services to be performed do <u>not</u> include general consultation regarding the administration of these Chapter 11 proceedings, but will be limited to handling the District Court litigation.

6. To the best of Debtors' knowledge, and also based upon the Firm's <u>Certification of Disinterestedness</u>, which is attached as Exhibit "B," and incorporated herein by reference, the Firm does not hold or represent any interest adverse to the Debtors or the Estate in the matters in which it is to be engaged.

7. The Firm will make periodic applications for interim compensation as well as a final application for compensation at the conclusion of the engagement pursuant to 11 U.S.C. §§ 328-331.

8. The Firm understands that no compensation for services rendered shall be paid except upon the Application to, and approval by, the Bankruptcy Court.

9. The Firm has not shared or agreed to share compensation with any other persons or entities.

WHEREFORE, Debtors pray that the Court approve the appointment of David W. Williams of Davis, Miles, McGuire, Gardner, PLLC, as special counsel for litigation defense, only, as set forth above.

DATED this 13th day of April, 2018.

KAHN & AHART, PLLC
BANKRUPTCY LEGAL CENTER™

/s/ James F. Kahn, SBN003063
James F. Kahn
Attorney for Ryan and Lesley Porter,
Debtors and Debtors-in-Possession